## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Township of Millcreek | : | |
| | : | |
| v. | : | No. 1725 C.D. 2015 |
| | : | |
| Angela Cres Trust of June 25, 1998 | : | |
| | : | |
| Appeal of: Angela Cres Trust of June 25, 1998 and Laurel A. Hirt as Trustee of the Angela Cres Trust of June 25, 1998 | : | |
| | | |
| Township of Millcreek, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1847 C.D. 2015 |
| | : | |
| Angela Cres Trust of June 25, 1998 | : | |

## **O R D E R**

NOW, August 18, 2016, upon consideration of appellee's application for reargument and appellant's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge